UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



Jonathan Lee Riches ©,
Plaintiff

CIVIL NO: 07-5473

V.

Angelo Cataldi d/b/a 610 WIP sports Radio Host; Rhea Hughes; Howard Eskin,
Defendants

### Complaint

Comes Now the Plaintiff, Jonathan Lee Riches ©, in pro-se, under 42 USC 1983. Mr. Cataldi has been spying and reporting about me since July 2007. He is in violation of a State of Colorado Gag order when I sued Allen Iverson in Denver County. He tricked about the details to influence a Jury. Cataldi has been sending me hate mail through his radio, and is teasing me with WIP's annual Wing Bowl. Cataldi knows I'm starving and continues to violate my 8th amendment rights for cruel and unusual punishment. Cataldi reported my Barry Bonds lawsuit, Cataldi talked about me doing millions of dollars in credit card which was not proven by a Jury, that violates my 6th amendment rights. I'm offended. Hughes was a pen pal of mine, but now is neglecting me under Eskin's orders. Eskin plans to work as a correctional guard at FCI Williamsburg where I'm staying in solitary confinement, I'm not provided a beard trimmer, I'm also suing defendants under FCC violations for not broadcasting in South Carolina. Defendants violate my copyrighted name, I'm the real super fan, they bring on someone else who pretends they are me. WIP stands for Williamsburg Inmate Pollution, I'm suffering, my left ear drum hurts, and I'm subjected to ESPN sports radio as a alternative. This is civil rights violation. I seek $10 million dollars in damages.

Jonathan Lee Riches ©
#40948-018 FCI Williamsburg
P.O. Box 340, Salters, S.C 29590
843-387-9400

Respectfully Submitted
Jonathan Lee Riches